USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/5/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DR. DAN GIURCA,

                       Plaintiff,

          -against-

ORANGE REGIONAL MEDICAL CENTER,
GARNET HEALTH f/k/a Greater Hudson
Valley Health System, JERRY DUNLAVEY,
DR. ULRICK VIEUX, and DR, GERARD
GALARNEAU,

                       Defendants.
-----------------------------------------------------------X

**19 CIVIL** 1096 (LLS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 4, 2019, Defendants' motion to dismiss the Second Amended Complaint is granted.

**Dated:** New York, New York
         December 5, 2019

                                          **RUBY J. KRAJICK**
                                              Clerk of Court
                           **BY:**
                                              **Deputy Clerk**